# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 24-1479,    Margaret Smith v. Stephanie McComas
5:24-cv-00015

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:
- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____    Date: _____

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

---

## 2. Jurisdiction

Name of court or agency from which review is sought:
WV Federal District Court of Southern WVa, Beckley WV

Date(s) of order or orders for which review is sought:
2/21/2024   12/29/2021   3/30/2022   7/25/2022   2/23/24

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

Issue 1. State Action Doctrine Actor and Federal Action Doctrine Actors, destroyed my civil Cases
- Violation of Civil Rights, human rights - 25 years of
- tracking me everywhere I went.

**Supporting Facts and Argument.**

Was I a organized crime investigation for 25 years, there was a conspiracy started on me, and Homeland Security put tracking devices on me and I never knew about it.
Civil Rights violated, color of law violation and Owen. I was followed and homeland security would shut down W. Fi to library while I was there to stop me from filing a complaint on the internet

Issue 2.

**Supporting Facts and Argument.**

~~Ho th~~ my life was threaten.
My information on the State Police Computer was removed by Homeland Security in Beckley and Charleston WV to erase my information so I could not use it in my court case when it would of went to trial

Issue 3.

**Supporting Facts and Argument.**

- My home + car was listening devices
- in Va I stayed and Homeland Securely follow me there also, to stop me from filing a law suit aguin them,
Civil rights were violated stopped me for 25 yrs of getting any money from Federal Investigation into Organizate Crime investigations

Issue 4.

**Supporting Facts and Argument**

My money was stolen by people in Government two different times.

## 4. Relief Requested
Identify the precise action you want the Court of Appeals to take:

I want who ever was behind this attack on me to go to jail. and be compensation for my mental & emoral pain. From Homeland Security. and FBI. $250 million

## 5. Prior appeals (for appellants only)
A. Have you filed other cases in this court? Yes [ ] No [X]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?


*Margaret Jean Smith*
Signature
[Notarization Not Required]

Margaret Jean Smith
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on 7-19-2024 I served a copy of this Informal Brief on all parties, addressed as shown below:

*Margaret Jean Smith*
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 24-1479, <u>Margaret Smith v. Stephanie McComas</u>
5:24-cv-00015

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:
- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____ Date: _____

[*Note to inmate filers*: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

---

## 2. Jurisdiction

Name of court or agency from which review is sought: W Va Magistrate Court
~~United States Court of Appeals 4Fourth Circuit~~
Federal Southern District Court of West Virginia

Date(s) of order or orders for which review is sought:
7-21-2024    12/09/2021    3/30/2022    7/29/2023    2/23/24

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** Civil Rights violated; constitutional Law; patent law;
A- My court filing on the court settlements where FBI/DOJ paid everyone from my filing + I was not told of settlements.
B- I was kept from getting an attorney for 30 years by Homeland Security in WVa.
C- Daughter filed a law suit against Homeland Security and got money that I was to have gotten, by using

**Supporting Facts and Argument.**

Stephanie Renee McComas, Filed a law suit ~~to get~~ in magistrate court in West Va against Homeland Security, that had been violating my Civil Rights. for 25 years. Tracked me everywhere I went. Stopped me from getting an attorney. And my daughter received the money and kept me from any settlement. By Sealing My Argument: is it was done by illegal means by using mental health claims by my daughter + her lawyer. She Sealed the court records so I could not get information to file a Civil Rights case of my own

**Issue 2.**

**Supporting Facts and Argument.**

My Court filing 5-2022-cv-954 Patent was stolen by my daughter. and she and a lawyer filed a patent in my name + I never got any royalties.

Because I was kept from obtain a lawyer for 25 years because of a conspiracy by State + Government officials I was unable to get ~~any~~ help to file a claim. of any kind.

**Issue 3.**

**Supporting Facts and Argument.**

Federal Actor Doctrine Actors and State Action Doctrine Actor. Stopped my civil case. violated my civil rights. My daughter civil case is Sealed an can not get file information.

There was interference and intrusion on a persons right by Elector a government entity or by a private requirement that Cant be enforce only by government action

**Issue 4.**

**Supporting Facts and Argument**

The Federal Action Doctrine Actor Cause my Court Case filing to her imposed ~~to~~ and State Action Doctrine also violated my right to a ~~fair~~ fair trial and the privacy of human rights

## 4. Relief Requested

Identify the precise action you want the Court of Appeals to take: Reopen my Civil Rights. The DOJ did a Settlement in Beckley Federal Court. I was not contacted by anyone. My Civil Case was on the Docket and over 500 people were there. But I was not informed that a law suit had been file on me for the money because I was unable to get my filing thru because I was kept from getting an attorny for 25 years. but. I would like a private Settlement from FBI and homeland Security and I want the name of inventor back of the flat Screen TV.

Settlement from D.O.J./FBI and Wv. Home Land

## 5. Prior appeals (for appellants only)

A. Have you filed other cases in this court? Yes [ ] No [X]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

Margaret Jean Smith
Signature
[Notarization Not Required]

Margaret Jean Smith
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
**********************

I certify that on 7-19-2024 I served a copy of this Informal Brief on all parties, addressed as shown below:

Margaret Jean Smith
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**